**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 23 MAL 2021

             Respondent            :

                                         :   Petition for Allowance of Appeal
                                         :   from the Order of the Superior Court

             v.                           :

                                         :

PETER JAMES SOROKAPUT,           :

                   :

             Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 21st day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.